# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JUAN MARTINEZ**
**ADC #151680**                                                                    **PLAINTIFF**

**v.**                          **Case No. 1:17-cv-00057-KGB-BD**

**BENNY MAGNESS,** *et al.*                                                        **DEFENDANTS**

## <u>ORDER</u>

Pending before the Court are two Partial Recommended Dispositions and a Recommended Disposition, each submitted by United States Magistrate Judge Beth Deere (Dkt. Nos. 16, 31, 49). Plaintiff Juan Martinez timely filed objections to the two Partial Recommended Dispositions. (Dkt. Nos. 22, 33). Mr. Martinez did not object to the Recommended Disposition, and the time for filing objections has passed (Dkt. No. 49). After a careful review of Judge Deere's recommendations and Mr. Martinez's objections, as well as a *de novo* review of the record, the Court adopts the Partial Recommended Dispositions and the Recommended Disposition in their entirety as this Court's findings in all respects (Dkt. Nos. 16, 31, 49).

Therefore, Mr. Martinez's claims against defendants Knott, Earl, Culclager, White, Roger, Naracon, Ramsey, Finnie, Waddle, Minnor, Banister, Ricketts, Downing, Foot, Lowe, Smart, Williams, B. Cowell, Armstrong, Hubbard, McCall, P. Cowell, Bradley, Hutchinson, Magness, Kelley, Johnson, Hunter, and Durham are dismissed without prejudice. Furthermore, Mr. Martinez's claims against defendants Amplo and Mohr are dismissed without prejudice due to failure to exhaust administrative remedies. Finally, Mr. Martinez's motions for preliminary injunctive relief are denied (Dkt. No. 8, 11). The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 19th day of December, 2017.

_____
Kristine G. Baker
United States District Judge