UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **JUAN MARTINEZ**<br>**ADC #151680** | **PLAINTIFF** |
| v. | Case No. 1:17-cv-00057-KGB-BD |
| **BENNY MAGNESS,** *et al.* | **DEFENDANTS** |

**JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Juan Martinez's claims are dismissed without prejudice.

So adjudged this the 19th day of December, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge